

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                          |   |                              |
|--------------------------|---|------------------------------|
| MARIA RODRIGUEZ,         | § | No. 08-13-00270-CR           |
|                          | § |                              |
| Appellant,               |   | Appeal from                  |
|                          | § |                              |
| v.                       |   | County Criminal Court No. 4  |
|                          | § |                              |
| THE STATE OF TEXAS,      |   | of El Paso County, Texas     |
|                          | § |                              |
| Appellee.                |   | (TC # 20110C08675)           |
|                          | § |                              |

## <u>MEMORANDUM OPINION</u>

Appellant, Maria Rodriguez, has filed a motion to dismiss this appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Because the Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

October 30, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)